# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 24-02892 ESL** |
| **JESUS JAVIER RIVERA CARIDE** | **CHAPTER 13** |
| **DEBTOR** | |

### NOTICE OF WITHDRAWAL
### (Related ECF no. 10)

**TO THE HONORABLE COURT:**

**COMES NOW,** Attorney Carlos Alberto Ruiz, LLC, and very respectfully states and requests as follows:

It is respectfully notified of the withdrawal of the *Amended Chapter 13 Plan* filed under ECF no. 10.

**WHEREFORE**, the undersigned requests this Honorable Court to take notice of the withdrawal of the motion filed under ECF no. 10.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, this 30th day of July 2024.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee.

/s/ CARLOS A. RUIZ RODRIGUEZ
USDC-PR 210009
Attorney for debtor(s)
**Lcdo. Carlos Alberto Ruiz, LLC**
P.O. Box 1298, Caguas, PR 00726-1298
Tel: (787) 286-9775
carlosalbertoruizquiebras@gmail.com