```
                UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF PUERTO RICO
```

|  |  |
|---|---|
| IN RE:<br>JESUS JAVIER RIVERA CARIDE<br><br>DEBTOR (S) | CASE NO. 24-02892-ESL<br><br>CHAPTER 13 |

                    NOTICE OF CONTINUANCE OF
                    341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors has been rescheduled for:

**Thursday, 29 August, 2024 at 11:20 am**

The same will be conducted via the ZOOM Platform:

Go to: https://zoom.us/join , you can access the meeting by entering:

**Meeting ID 842 075 7565, Passcode 8744010630**

If debtor(s) has/have no access to internet or video or is/are experiencing trouble connecting by video, they should join the meeting by audio calling to:

**Phone Please Dial: 1 939 545 9003**

**For additional meeting information go to:**

https://www.justice.gov/ust/moc

In San Juan, Puerto Rico this, Monday, August 12, 2024.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copy thereof in the United States Mail, to the non CM/ECF participants: debtor(s) and parties included in the service list attached to the original hereof.

    /s/ Jose R. Carrion
    Office of Jose R. Carrion
    Chapter 13 Trustee
    PO Box 9023884, Old San Juan Station
    San Juan, PR  00902-3884

| | |
|---|---|
| 24-02892-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 | CARLOS A RUIZ RODRIGUEZ*<br>PO BOX 1298<br>CAGUAS, PR  00726-1298 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | US DEPARTMENT OF EDUCATION C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR  97208 |
| US DEPARTMENT OF EDUCATION C/O NELNET<br>121 S 13TH ST<br>LINCOLN, NE  68508 | CRIM<br>PO BOX 195387<br>SAN JUAN,, PR  00919-5387 |
| ASOCIACION DE EMPLEADOS DE ELA<br>PO BOX 364508<br>SAN JUAN,, PR  00936-2766 | JESUS JAVIER RIVERA CARIDE<br>PO BOX 10000 SUITE #80<br>CAYEY, PR  00737 |
| CBE GROUP<br>PO BOX 979110<br>SAINT LOUIS,, MO  63197-9000 | WEYNA MALDONADO CORDERO<br>URB. REXVILLE CALLE 21 UNIT ZA-28<br>BAYAMON, PR  00957 |
| SMALL BUSINESS ADMINISTRATION<br>273 AVE PONCE DE LEON<br>SUITE 510 PLAZA 273<br>SAN JUAN, PR  00917 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON,, DC  20530-0001 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN,, PR  00936-6818 | US DEPARTMENT OF TREASURY<br>BUREAU OF THE FISCAL SERVICE<br>PO BOX 830794<br>BIRMINGHAM,, AL  35283-0794 |
| CARLOS A RUIZ RODRIGUEZ<br>PO BOX 1298<br>CAGUAS, PR  00726 | PR DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN,, PR  00902-4140 |
| BANCO POPULAR DE PUERTO RICO<br>C/O JOSE A MOREDA DEL VALLE LAW OFFICE<br>4002 AURORA STREET<br>PONCE, PR  00717-1513 | ASUME<br>PO BOX 71316<br>SAN JUAN, PR  00936 |
| DATED: August 12, 2024 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |