# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JESUS JAVIER RIVERA CARIDE**<br>SSN xxx-xx-0063<br><br>Debtor(s) | CASE NO: **24-02892-ESL**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **07/11/2024**

Days From Petition Date: **49**

910 Days Before Petition: **01/13/2022**

Chapter 13 Plan Date: **07/31/2024** ☐ Amended

This is Debtor(s) 1st Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____ Amount: $ _____

First Meeting Date: **08/14/2024 at 11:20AM**

341 Meeting Date: **08/29/2024 at 11:20AM**

Confirmation Hearing Date: **09/25/2024 at 10:30AM**

Plan Base: **$29,400.00**   Plan Docket **#12**

This is the 2nd scheduled meeting.

Total Paid In: **$490.00**

---

*APPEREANCES:  ☐ Telephone   ☑ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK         Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☐ Examined    ☑ Not Examined under Oath         ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present        ☐ None

Rosario Vidal - Arbona, Esq. for AEELA

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **CARLOS A RUIZ RODRIGUEZ***

Total Agreed: **$1,250.00**   Paid Pre-Petition: **$1,250.00**   Outstanding (Through the Plan): **$0.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)

Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ _____    Estimated Priority Debt: $ _____

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

<u>The Trustee:</u>   ☐ <u>NOT OBJECTS</u>   ☐ <u>OBJECTS</u>   <u>Plan Confirmation</u>   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☐ CLOSED

☐ HELD OPEN FOR _____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for: <u>October 22, 2024 at 1:40 pm.</u>

Access via Zoom 341 Meeting Information Meeting ID: 842 075 7565 Passcode: 8744010630 ***Dedicated Phone: (939) 545-9003.

***As per UST Guideline for ZOOM 341 meeting Debtors and their attorneys must appear by video.

Comments: Counsel for debtor has to withdraw as such due to conflict of interest. Counsel will request time for debtor to retain new counsel.

/s/ Jose R. Carrion, Esq.          Meeting Date: Aug 29, 2024
      **Trustee**

/s/ Luis Suarez, Esq., Presiding Officer

Last Docket Verified: 15   Last Claim Verified: 4   **Case Administrator:   Nannette Godreau**