IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 24-02892-ESL13 |
|---|---|
| JESUS JAVIER RIVERA CARIDE | Chapter 13 |
| xx-xx-0063 | |
| Debtor | FILED & ENTERED ON SEP/03/2024 |

ORDER

The motion filed by Carlos A. Ruiz Rodriguez requesting to resign from Debtor's legal representation (docket #17) is hereby granted.

Debtor is granted thirty (30) to find new legal representation or appear pro se.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of September, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge