# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 24-02892 ESL |
|---|---|
| **JESUS JAVIER RIVERA CARIDE** | |
| DEBTOR | CHAPTER 13 |

# APPLICATION FOR COMPENSATION

**TO THE HONORABLE COURT:**

**COMES NOW**, Attorney Carlos Alberto Ruiz, LLC, and very respectfully states and requests as follows:

1. On July 11th, 2024, the debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code. [See ECF no. 1]

2. Pursuant to L.B.R. 2016-1, Attorney Carlos Alberto Ruiz, LLC. has performed the services which will be set forth in the **Exhibit** hereto and which services have been performed on an hourly basis, at the rate of $295.00 per hour, for the services rendered in pursuit of the Chapter 13 bankruptcy petition. The aforementioned rate is considered to be reasonable, considering the nature of this cause and the work performed. The fees charged by Applicant to its non-bankruptcy clients for similar services are no less than $295.00 per hour. The service is performed by Licenciado Carlos Alberto Ruiz, LLC. to which this Application refers was rendered during the period of July 11th, 2024 through September 6th, 2024.

3. The source of the funds to be paid to Applicant, if authorized by this Honorable Court, shall be from the available plan proceeds held by the Trustee during the life of the plan.

4. There are no agreements on the part of Attorney Carlos Alberto Ruiz, LLC. for the sharing of any of the compensation received or to be received from Debtor, except customary payments to members, partners, and regular associates of the firm.

**WHEREFORE,** it is respectfully requested that an order be entered approving the instant application for compensation, which includes the services performed by Licenciado Carlos Alberto Ruiz, LLC in the amount of $3,628.50. It is further requested that the Court order the Trustee to deduct the pre-filing payment of $1,250.00 from this total, leaving a balance of $2,378.50 to be paid by the Trustee from the available funds of the bankruptcy estate, up to the amount permitted within the plan's base. Additionally, it is requested that the Court order the Debtor to pay any portion of the attorney's fees that cannot be paid within the plan's base.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 6th day of September, 2024.

**NOTICE:** You are hereby notified of the filing of this "Application for Compensation" within **twenty-one (21) days** after service as evidenced by the certification, and an additional **three (3) days** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee. I further certify that the foregoing document has also been sent to Debtor's mailing address: PO Box 10000 Suite 80 Cayey, PR 00737.

**/s/ CARLOS A. RUIZ RODRIGUEZ, ESQ.**
Attorney for Debtors
USDC-PR 210009
**Lcdo. Carlos Alberto Ruiz, LLC**
P.O. Box 1298, Caguas, PR 00726-1298
Phone: (787) 286-9775; Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

The undersigned certifies under penalty of perjury that he has read the foregoing application by him subscribed, and to the best of his knowledge and belief formed after reasonable inquiry, the compensation and expenses for which reimbursement is sought conform to the United States Bankruptcy Court for the District of Puerto Rico's Guidelines for Compensation and Expense Reimbursement for Professionals and are being billed at rates and in accordance with a practice no less favorable to the Debtors than those customarily utilized by Applicant generally.

**/s/ Carlos A. Ruiz Rodríguez**
USDC-PR 210009

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee. I further certify that the foregoing document has also been sent to the Debtors' mailing address: PO Box 10000 Suite 80 Cayey, PR 00737.

In Caguas, Puerto Rico, this 6th day of September, 2024.

**/s/ CARLOS A. RUIZ RODRIGUEZ, ESQ.**
USDC-PR 210009
Attorney for Debtor
**Lcdo. Carlos Alberto Ruiz, LLC**
P.O. Box 1298 Caguas, PR 00726-1298
Phone: (787) 286-9775; Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JESUS JAVIER RIVERA CARIDE**

DEBTOR

CASE NO. 24-02892 ESL

CHAPTER 13

## ORDER GRANTING APPLICATION FOR COMPENSATION

Upon consideration of the application for compensation filed by Attorney Carlos Alberto Ruiz, LLC, and the Court having reviewed the pleadings and being fully advised in the premises, it is hereby:

**ORDERED** that the application for compensation in the total amount of $3,628.50 for services rendered by Attorney Carlos Alberto Ruiz, LLC, from July 11th, 2024, through September 6th, 2024, is hereby approved.

**IT IS FURTHER ORDERED** that the Trustee shall apply the pre-filing fee payment of $1,250.00, and the remaining balance of $2,378.50 shall be paid from the available funds of the bankruptcy estate up to the amount afforded to be paid within the plan's base.

**IT IS FURTHER ORDERED** that the Debtor is directed to pay any portion of the attorney's fees that exceed the amount afforded to be paid under the plan's base, in accordance with the terms of the Chapter 13

**IT SO, ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2024.

_____

**Enrique S. Lamoutte**

United States Bankruptcy Judge

# Lcdo. Carlos Alberto Ruiz, LLC



**Lcdo. Carlos Alberto Ruiz, LLC**
PO Box 1298
Caguas, PR 00726-1298
Phone (787) 286-9775  Facsimile (787) 747-2174
E-mail: carlosalbertoruizquiebras@gmail.com

| INVOICE Nº: | 1 |
|---|---|
| Date: | 9/6/2024 |

| Clients | JESUS JAVIER RIVERA CARIDE |
|---|---|
| Period: July 11th, 2024 through September 6th, 2024 | |

Re: Jesus Javier Rivera Caride
Case No.: 24-02892 ESL

**Concept**

Attorney's Fees/ Billable Hours / Expenses

| DESCRIPTION | DATE | COSTS & EXPENSES | | ATTY FEES | | TOTAL |
|---|---|---|---|---|---|---|
| | | AMOUNT | RATE | HOURS | RATE | |
| Draft, review and sign of Chapter 13 voluntary petition. Dk. 1 | 7/11/2024 | | | 3.60 | $ 295.00 | $ 1,062.00 |
| Draft, review and sign of Chapter 13 plan. Dk. 4 | 7/11/2024 | | | 0.50 | $ 295.00 | $ 147.50 |
| Receipt and evaluation of Notice of First meeting of creditors. Dk. 6 | 7/12/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Receipt and evaluation of Notice of appearance. Dk. 8 | 7/15/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Receipt and evaluation of Objection to confirmation. Dk. 9 | 7/18/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Draft, review and sign of Amended Chapter 13 plan. Dk. 10 | 7/30/2024 | | | 0.40 | $ 295.00 | $ 118.00 |
| Draft, review and sign of Notice of withdrawal. Dk. 11 | 7/30/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Draft, review and sign of Amended Chapter 13 plan. Dk. 12 | 7/31/2024 | | | 0.40 | $ 295.00 | $ 118.00 |
| Draft, review and sign of Reply to objection. Dk. 13 | 7/31/2024 | | | 1.20 | $ 295.00 | $ 354.00 |
| Receipt and evaluation of Notice of continuance. Dk. 15 | 8/12/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Receipt and evaluation of §341 meeting minutes. Dk. 16 | 8/30/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Draft, review and sign of Motion resigning legal representation. Dk. 17 | 8/30/2024 | | | 0.30 | $ 295.00 | $ 88.50 |
| Receipt and evaluation of Order. Dk. 18 | 9/3/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| **DOCUMENTS** | | | | | | |
| Evaluation of 1040PR tax returns. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |

| Expenses | | COSTS & EXPENSES | | ATTY FEES | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | DATE | AMOUNT | RATE | HOURS | RATE | TOTAL |
| Evaluation of State tax returns. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of DSO certificate. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Merchant register. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Hacienda certificates. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Vehicles. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Retirement Benefits. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of CRIM certificate. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of AEELA certificate. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Coop. San José bank statements. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Description of deposits. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Divorce judgment. | 7/17/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Evaluation of Oriental bank statements. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Evaluation of Paystubs. | 7/17/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Evaluation of Pre-nuptial agreement. | 7/17/2024 | | | 0.30 | $ 295.00 | $ 88.50 |
| Evaluation of Real property documents. | 7/17/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Evalaution of Merchant register. | 8/30/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| **PROOF OF CLAIMS** | | | | | | |
| Receipt and evaluation of POC #1. | 7/17/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Receipt and evaluation of POC #2. | 7/24/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| Receipt and evaluation of POC #3. | 7/31/2024 | | | 0.30 | $ 295.00 | $ 88.50 |
| Receipt and evaluation of POC #4. | 8/6/2024 | | | 0.10 | $ 295.00 | $ 29.50 |
| **MEETINGS** | | | | | | |
| Debtor's preparation for §341. | 8/1/2024 | | | 0.40 | $ 295.00 | $ 118.00 |
| Attorney's preparation for §341. | 8/29/2024 | | | 0.20 | $ 295.00 | $ 59.00 |
| Attendance for §341 and meeting with debtor. | 8/29/2024 | | | 0.80 | $ 295.00 | $ 236.00 |
| Application for compensation | 9/6/2024 | | | 0.80 | $ 295.00 | $ 236.00 |
| | | | | | TOTAL: | $ 3,628.50 |
| | | | | | PRE FILING: | $ 1,250.00 |
| | | | | | TOTAL OWED: | $ 2,378.50 |