IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JESUS JAVIER RIVERA CARIDE<br><br>xx-xx-0063<br><br>Debtor(s) | CASE NO. 24-02892-ESL13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON SEP/24/2024 |

ORDER

The application for allowance of compensation filed by Attorney Carlos A Ruiz Rodriguez in the amount of $3,628.50 (Docket Entry #19), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted. See dkt. #21.

In San Juan, Puerto Rico, this 24 day of September, 2024.

*Enrique S. Lamoutte*
United States Bankruptcy Judge